UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>NATIONSRENT, INC., ET AL.,[1]<br><br>DEBTORS.<br>────────────────────<br>NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE<br><br>PLAINTIFF,<br>V.<br>BURCH-LOWE, INC.,<br><br>DEFENDANT. | CASE NOS. 01-11628 THROUGH 01-11639 (PJW)<br>JOINTLY ADMINISTERED<br>CHAPTER: 11<br><br><br><br>CIVIL DOCKET NO. 04-1076 |

## NOTICE OF DISMISSAL

Nationsrent Unsecured Creditor's Liquidating Trust, Perry Mandarino, Not Personally, But as Trustee, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

Dated: August 1, 2005
Wilmington, Delaware

_____
Neil B. Glassman (ID 2087)
Ashley B. Stitzer (ID 3891)
Mary E. Augustine (ID 4477)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

596257v1