## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 1st day of August, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manners indicated.

## VIA FIRST CLASS MAIL

Burch-Lowe, Inc.
P.O. Box 2201
Decatur, AL  35609

_____
Mary E. Augustine, Esq. (No. 4477)

596257v1